FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>SERGIO PANTOJA,<br>    aka "Tricky,"<br>INGRID VERONICA FLORES TERCERO,<br>    aka "Morena,"<br>    aka "More,"<br>JOSE CRUZ SALDANA,<br>    aka "Tiger,"<br>EDGAR ISMAEL HERNANDEZ,<br>    aka "Baby,"<br>    aka "Xavier,"<br>    aka "David,"<br>JOSE ALBERTO ALVARENGA VILLEDA,<br>    aka "Chepe,"<br>    aka "El Gordo,"<br>    aka "El Señor,"<br>LETY BERTOTTY HERNANDEZ,<br>    aka "La Señora,"<br>    aka "Guera,"<br>CHRISTIAN GAVARETTE,<br>    aka "Chris,"<br>JOSE LUIS MIRANDA,<br>    aka "Gerardo Rivas,"<br>    aka "Puas,"<br>    aka "Pelos,"<br>    aka "Pelos Parados,"<br>    aka "Greñas,"<br>    aka "Greñudos,"<br>ARMANDO AREVALO,<br>    aka "Klumzy," | No. CR 07- **07-01172**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 846, 841(a)(1),<br>(b)(1)(A)(iii): Conspiracy to<br>Possess with Intent to<br>Distribute, Distribute, and<br>Aid and Abet the Distribution<br>of Cocaine Base (Crack<br>Cocaine); 21 U.S.C.<br>§§ 841(a)(1), (b)(1)(A)(iii),<br>(b)(1)(B)(iii): Distribution<br>of Cocaine Base (Crack<br>Cocaine); 18 U.S.C. § 2:<br>Aiding and Abetting] |

```
 1  ROXANA DELACRUZ RODRIGUEZ,           )
         aka "Rox,"                      )
 2  ALEXANDER RIVERA,                    )
         aka "Alex,"                     )
 3  MARCO ANTHONY FONSECA,               )
         aka "Junior,"                   )
 4       aka "Primo,"                    )
         aka "Catracho,"                 )
 5  MARCOS GONZALES,                     )
         aka "Mudo,"                     )
 6  ANTONIO DIAZ,                        )
         aka "Anibal Hernandez,"         )
 7       aka "Toño,"                     )
    MARCO ANTONIO CAPETILLO,             )
 8       aka "Chupon,"                   )
    EDI PINEDA RIVAS,                    )
 9       aka "Javier Garcia,"            )
         aka "El Zarco,"                 )
10  FNU LNU,                             )
         aka "La Viuda," and             )
11  FNU LNU,                             )
         aka "El Buki,"                  )
12                                       )
                 Defendants.             )
13  _____ )
```

14       The Grand Jury charges:

15                        COUNT ONE

16    [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(iii); 18 U.S.C. § 2]

17  A.   OBJECTS OF THE CONSPIRACY

18       Beginning on a date unknown to the Grand Jury, but no later

19  than in or about February 2005, and continuing until in or about

20  October 2007, in Los Angeles County, within the Central District

21  of California, and elsewhere, defendants SERGIO PANTOJA, also

22  known as ("aka") "Tricky" (PANTOJA), INGRID VERONICA FLORES

23  TERCERO, aka "Morena," aka "More" (TERCERO), JOSE CRUZ SALDANA,

24  aka "Tiger" (SALDANA), EDGAR ISMAEL HERNANDEZ, aka "Baby," aka

25  "Xavier," aka "David" (HERNANDEZ), JOSE ALBERTO ALVARENGA

26  VILLEDA, aka "Chepe," aka "El Gordo," aka "El Señor" (VILLEDA),

27  LETY BERTOTTY HERNANDEZ, aka "La Señora," aka "Guera" (BERTOTTY),

28  CHRISTIAN GAVARETTE, aka "Chris" (GAVARETTE), JOSE LUIS MIRANDA,

                                2

1  aka "Gerardo Rivas," aka "Puas," aka "Pelos," aka "Pelos
2  Parados," aka "Greñas," aka "Greñudos" (MIRANDA), ARMANDO
3  AREVALO, aka "Klumzy" (AREVALO), ROXANA DELACRUZ RODRIGUEZ, aka
4  "Rox" (RODRIGUEZ), ALEXANDER RIVERA, aka "Alex" (RIVERA), MARCO
5  ANTHONY FONSECA, aka "Junior," aka "Primo," aka "Catracho"
6  (FONSECA), MARCOS GONZALES, aka "Mudo" (GONZALES), ANTONIO DIAZ,
7  aka "Anibal Hernandez," aka "Toño" (DIAZ), MARCO ANTONIO
8  CAPETILLO, aka "Chupon" (CAPETILLO), EDI PINEDA RIVAS, aka
9  "Javier Garcia," aka "El Zarco" (RIVAS), FNU LNU, aka "La Viuda"
10 ("La Viuda"), and FNU LNU, aka "El Buki" ("El Buki"), and others
11 known and unknown to the Grand Jury, conspired and agreed with
12 each other to knowingly and intentionally commit offenses against
13 the United States, namely, to possess with intent to distribute,
14 to distribute, and to aid and abet the distribution of, at least
15 fifty (50) grams of a mixture or substance containing a
16 detectable amount of cocaine base (crack cocaine), a schedule II
17 narcotic drug controlled substance, in violation of Title 21,
18 United States Code, Sections 841(a)(1) and (b)(1)(A)(iii), and
19 Title 18, United States Code, Section 2.

20 B.   THE PARTIES

21      At all times relevant to this Indictment:

22      1.   Defendant PANTOJA was a leader – also known in gang
23 terms as a "Shot Caller" – of the Columbia Lil Cycos ("CLCS")
24 "clique," or subset, of the 18th Street Gang, who, with the
25 assistance of members and associates of the CLCS, used violence
26 and intimidation to control, oversee and direct narcotics
27 distribution in an area west of downtown Los Angeles, commonly
28 known as the "Westlake District," in the vicinity of MacArthur

1  Park, roughly bordered by Beverly Boulevard to the North,
2  Wilshire Boulevard to the South, Alvarado Street to the West and
3  Union Avenue to the East ("CLCS territory").  Under PANTOJA's
4  direction, narcotics wholesale suppliers (known in gang terms as
5  "mayoristas") and street dealers (known in gang terms as
6  "traqueteros") paid "rent," which was typically a percentage of
7  proceeds derived from the sale of narcotics, in order to receive
8  "authorization" from the CLCS to sell narcotics in CLCS
9  territory, with protection from rivals and free of competition
10 and other interference.

11      2.   Defendant TERCERO was a member of the 18th Street Gang
12 and defendant PANTOJA's wife.  TERCERO closely assisted PANTOJA
13 with all aspects of narcotics distribution in CLCS territory,
14 including overseeing, directing and coordinating the purchase of
15 narcotics from wholesale suppliers for distribution to street
16 dealers, the collection of money from street dealers that was
17 used to purchase narcotics from wholesale suppliers, and the
18 collection of "rent" from street dealers.

19      3.   Defendants SALDANA and HERNANDEZ were members of the
20 CLCS who assisted defendants PANTOJA and TERCERO with narcotics
21 distribution in CLCS territory, including the distribution of
22 narcotics from wholesale suppliers to street dealers, the
23 collection of money from street dealers that was used to purchase
24 narcotics from wholesale suppliers, and the collection of "rent"
25 from street dealers.

26      4.   Defendant VILLEDA was a narcotics wholesale supplier,
27 or "mayorista," who, with the close assistance of defendant
28 BERTOTTY, and at the direction of defendants PANTOJA and TERCERO,

4

provided narcotics to street dealers operating in CLCS territory
and, in return, received payment that was typically derived from
narcotics proceeds regularly collected from street dealers by
PANTOJA and TERCERO, both directly and with the assistance of
other CLCS members and associates.

5.   Defendants GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, and
RIVERA were associates of the CLCS who, along with and at times
acting at the direction of defendants SALDANA and HERNANDEZ,
assisted defendants PANTOJA and TERCERO with narcotics
distribution in CLCS territory, including the distribution of
narcotics from wholesale suppliers to street dealers, the
collection of money from street dealers that was used to purchase
narcotics from wholesale suppliers, and the collection of "rent"
from street dealers.

6.   Defendants FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS,
"La Viuda," "El Buki," as well as defendants GAVARETTE, MIRANDA
and RIVERA, were narcotics street dealers, or "traqueteros," who
regularly paid "rent" in exchange for "authorization" from the
CLCS to sell narcotics in CLCS territory that the street dealers
were required by the CLCS to purchase from specified wholesale
suppliers, including defendants VILLEDA and BERTOTTY.

C.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
     ACCOMPLISHED

The objects of the conspiracy were to be accomplished
in substance as follows:

1.   The CLCS, acting at the direction of CLCS Shot Callers,
would use violence and intimidation to control narcotics
trafficking in CLCS territory.

2.   PANTOJA, with the assistance of TERCERO, SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would recruit and organize narcotics wholesale suppliers and street dealers to traffic in narcotic controlled substances, including crack cocaine, in CLCS territory.

3.   PANTOJA, with the assistance of TERCERO, SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would direct street dealers operating in CLCS territory, including FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," and "El Buki," to regularly pay "rent" to the CLCS in exchange for "authorization" to sell narcotic controlled substances, including crack cocaine, in CLCS territory.

4.   PANTOJA and TERCERO, with the assistance of SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would regularly collect and assist with the collection of "rent" from street dealers operating in CLCS territory, including FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," and "El Buki."

5.   PANTOJA and TERCERO, with the assistance of SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would direct street dealers operating in CLCS territory, including FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," and "El Buki," regarding where and when in CLCS territory they could sell narcotic controlled substances, the wholesale suppliers from whom they were to regularly purchase narcotic controlled substances, and

6

the quantity and price of narcotic controlled substances they were expected to regularly purchase from wholesale suppliers.

6.    PANTOJA and TERCERO, with the assistance of SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA and other members and associates of the CLCS, would regularly purchase narcotic controlled substances, including crack cocaine, from wholesale suppliers, including VILLEDA and BERTOTTY, for distribution in CLCS territory.

7.    PANTOJA and TERCERO, with the assistance of SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA and other members and associates of the CLCS, would regularly provide narcotic controlled substances, including crack cocaine, that had been purchased from wholesale suppliers to street dealers operating in CLCS territory, including FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," and "El Buki," for distribution to customers in CLCS territory.

8.    PANTOJA and TERCERO, with the assistance of SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would regularly collect narcotics proceeds from street dealers operating in CLCS territory, including FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," and "El Buki," in order to pay wholesale suppliers, including VILLEDA and BERTOTTY, for narcotic controlled substances, including crack cocaine, that had been and would be provided to street dealers for distribution in CLCS territory.

9.    PANTOJA, TERCERO, SALDANA, HERNANDEZ, VILLEDA, BERTOTTY, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," "El Buki,"

7

and other members and associates of the CLCS would possess with intent to distribute, distribute, and aid and abet the distribution of, narcotic controlled substances, including crack cocaine, in CLCS territory.

10. PANTOJA and TERCERO, with the assistance of SALDANA, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would regularly monitor the amount of narcotic controlled substances, including crack cocaine, being sold by street dealers in CLCS territory to insure that the street dealers had an adequate supply for sale to customers.

11. In overseeing and directing the distribution of narcotic controlled substances within CLCS territory, PANTOJA, as a CLCS Shot Caller, with the assistance of TERCERO, SALDANA, HERNANDEZ, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, and other members and associates of the CLCS, would act and/or give direction to others to act as necessary in order to resolve issues that would arise in the narcotics distribution operation.

12. PANTOJA, TERCERO, SALDANA, HERNANDEZ, VILLEDA, BERTOTTY, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda," "El Buki," and other members and associates of the CLCS, would regularly use the telephone and face-to-face meetings in order to maintain communication regarding narcotics distribution and "rent" collection activities in CLCS territory.

13. In order to evade detection and maintain the narcotics distribution operation, PANTOJA, TERCERO, SALDANA, HERNANDEZ, VILLEDA, BERTOTTY, GAVARETTE, MIRANDA, AREVALO, RODRIGUEZ, RIVERA, FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La Viuda,"

1 "El Buki," and other members and associates of the CLCS, would

2 regularly communicate in coded and/or guarded language, limit

3 their use of certain telephones, and warn co-conspirators about

4 the presence of law enforcement in CLCS territory as well as

5 other threats to the narcotics distribution operation.

6    14.   In order to further evade detection and maintain the

7 narcotics distribution operation, PANTOJA, TERCERO, SALDANA,

8 HERNANDEZ, and AREVALO, and other members and associates of the

9 CLCS, would regularly conduct narcotics activities, including the

10 distribution of narcotic controlled substances and the collection

11 of "rent" and money used to pay for narcotic controlled

12 substances, from within "Unico's Tattoo Shop," a business

13 operated by PANTOJA in CLCS territory (the "tattoo shop").

14 D.   OVERT ACTS

15    In furtherance of the conspiracy and to accomplish the

16 objects of the conspiracy, defendants PANTOJA, TERCERO, SALDANA,

17 HERNANDEZ, VILLEDA, BERTOTTY, GAVARETTE, MIRANDA, AREVALO,

18 RODRIGUEZ, RIVERA, FONSECA, GONZALES, DIAZ, CAPETILLO, RIVAS, "La

19 Viuda," and "El Buki," and others known and unknown to the Grand

20 Jury, committed various overt acts on or about the following

21 dates, within the Central District of California and elsewhere,

22 including but not limited to the following:

23    1.   On or about February 16, 2005, at his home in CLCS

24 territory, RIVERA possessed approximately 3.56 grams of crack

25 cocaine, approximately $2,409 in U.S. currency, a loaded Walther

26 PPK .380 semi-automatic hand gun, and multiple rounds of .380

27 caliber ammunition.

28    2.   On or about March 15, 2006, VILLEDA possessed

9

1  approximately 110.8 grams of crack cocaine, which he sold to a
2  cooperating witness ("CW-1").

3      3.   On or about April 11, 2006, in the tattoo shop, PANTOJA
4  met with a cooperating witness ("CW-2"), along with RIVERA and
5  others known and unknown to the Grand Jury, during which PANTOJA
6  confirmed that he was a member of "Columbia" (CLCS), as well as
7  discussed with CW-2 crack cocaine distribution within CLCS
8  territory and locations where CW-2 could put "people who want to
9  work" (street dealers), including at "8th and Burlington."

10      4.   On or about April 11, 2006, in the tattoo shop, PANTOJA
11 offered to sell CW-2 "chunky" (style of crack cocaine) at "sixty
12 for a hundred" (sixty pieces for $100) that CW-2 could then
13 provide to street dealers to sell to customers.

14      5.   On or about April 13, 2006, in CLCS territory, TERCERO,
15 acting at the direction of and in concert with PANTOJA, possessed
16 approximately 38.4 grams of crack cocaine that was sold to CW-2.

17      6.   On or about April 14, 2006, in the tattoo shop, PANTOJA
18 and CW-2 met, during which PANTOJA stated that he "need[ed]
19 people" (street dealers) to "work" (sell crack cocaine) in CLCS
20 territory "to make money," asked CW-2 about the size and price of
21 pieces of crack cocaine that CW-2 had been providing to street
22 dealers, and discussed with CW-2 the price and quantity of crack
23 cocaine that CW-2 would purchase from PANTOJA in the future.

24      7.   On or about April 18, 2006, in CLCS territory, TERCERO,
25 acting at the direction of and in concert with PANTOJA, possessed
26 approximately 24.5 grams of crack cocaine that was sold to CW-2.

27      8.   On or about April 18, 2006, in the tattoo shop, PANTOJA
28 directed CW-2 to pay $400 per week in "rent" in exchange for the

1 right to distribute crack cocaine in CLCS territory and stated
2 that if CW-2 had problems with anyone, CW-2 should tell them "I'm
3 working for Tricky" (had "authorization" from PANTOJA).

4     9.  On or about April 19, 2006, in CLCS territory, TERCERO,
5 acting at the direction of and in concert with PANTOJA, possessed
6 approximately 47.9 grams of crack cocaine that was sold to CW-2.
7 PANTOJA also discussed with CW-2 the payment of "rent."

8     10.  On or about April 25, 2006, in the tattoo shop, CW-2
9 paid PANTOJA $400 in "rent."

10     11.  On or about May 2, 2006, in CLCS territory, TERCERO,
11 acting at the direction of and in concert with PANTOJA, possessed
12 approximately 68.7 grams of crack cocaine that was sold to CW-2.

13     12.  On or about May 2, 2006, in the tattoo shop, CW-2 paid
14 PANTOJA $400 in "rent."

15     13.  On or about May 2, 2006, PANTOJA and CW-2 discussed how
16 to package and store crack cocaine in a manner that it could be
17 "swallow[ed]" to avoid being "caught" by the police.

18     14.  On or about May 17, 2006, in the tattoo shop, CW-2 paid
19 PANTOJA $400 in "rent."  PANTOJA also stated to another member of
20 the 18th Street Gang that PANTOJA had the "keys" (control over)
21 the entire "West Side" (west of downtown Los Angeles), which
22 included the distribution of crack cocaine in CLCS territory.

23     15.  On or about May 22, 2006, VILLEDA possessed
24 approximately 58.7 grams of crack cocaine that he sold to a
25 federal agent acting in an undercover capacity ("UC-1").

26     16.  On or about June 14, 2006, at her home in CLCS
27 territory, RODRIGUEZ possessed approximately 44.04 grams of crack
28 cocaine, approximately $1,293 in U.S. currency, and a drug ledger

1 │ regarding "rent" collected from street dealers in CLCS territory.

2 │     17.  On or about July 26, 2006, in CLCS territory, FONSECA,

3 │ acting at the direction of and in concert with PANTOJA and

4 │ TERCERO, possessed approximately 31.7 grams of crack cocaine that

5 │ they sold to CW-2.

6 │     18.  On or about July 26, 2006, in the tattoo shop, CW-2

7 │ paid PANTOJA $400 in "rent."

8 │     19.  On or about August 14, 2006, PANTOJA directed CW-2 to

9 │ pay "rent."

10 │     20.  On or about August 15, 2006, in the tattoo shop, CW-2

11 │ paid PANTOJA $800 in "rent."

12 │     21.  On or about September 21, 2006, in CLCS territory,

13 │ CAPETILLO and FONSECA distributed crack cocaine to customers in

14 │ the vicinity of 5th Street and Burlington Avenue (in CLCS

15 │ territory).

16 │     22.  On or about October 10, 2006, using coded language,

17 │ AREVALO, PANTOJA and HERNANDEZ discussed HERNANDEZ delivering

18 │ "rent" to PANTOJA via AREVALO.

19 │     23.  On or about October 10, 2006, using coded language,

20 │ TERCERO and AREVALO discussed the payment of "rent" by HERNANDEZ

21 │ and CAPETILLO, who "owes one" ($100).

22 │     24.  On or about October 10, 2006, using coded language,

23 │ TERCERO and PANTOJA discussed efforts to collect "rent" from

24 │ MIRANDA, including that HERNANDEZ had unsuccessfully tried to

25 │ contact MIRANDA.

26 │     25.  On or about October 11, 2006, using coded language,

27 │ AREVALO and "El Buki" arranged for "El Buki" to meet PANTOJA at

28 │ the tattoo shop.

26.   On or about October 13, 2006, using coded language, PANTOJA warned TERCERO about coming to the tattoo shop because of police activity and TERCERO stated that she would not come.

27.   On or about October 17, 2006, using coded language, AREVALO helped arrange a meeting between TERCERO and MIRANDA at the tattoo shop.

28.   On or about October 19, 2006, using coded language, RIVERA told TERCERO that he warned a street dealer that PANTOJA would "go after" the dealer if a problem was not resolved.

29.   On or about October 21, 2006, AREVALO told PANTOJA to call him back from another telephone.

30.   On or about October 21, 2006, using coded language, PANTOJA and an unidentified male briefly discussed the arrest of FONSECA, during which PANTOJA told the male to come to the tattoo shop because "there is a bird on this phone line" (wiretap).

31.   On or about October 26, 2006, using coded language, AREVALO told "El Buki" that PANTOJA would call him because PANTOJA could not talk on the tattoo shop phone line.

32.   On or about October 30, 2006, using coded language, TERCERO and RODRIGUEZ arranged to meet so that RODRIGUEZ could deliver money.

33.   On or about November 4, 2006, using coded language, TERCERO and RODRIGUEZ discussed the collection of "rent" from FONSECA and MIRANDA.

34.   On or about November 4, 2006, using coded language, FONSECA arranged to deliver "rent" to PANTOJA and TERCERO via RODRIGUEZ and indicated that he had previously delivered money to the wrong person, in response to which PANTOJA directed FONSECA

13

1  to retrieve the money and deliver it to RODRIGUEZ.

2      35.  On or about November 5, 2006, using coded language,

3  RODRIGUEZ and TERCERO arranged to meet so that RODRIGUEZ could

4  deliver "rent" that she had collected from FONSECA.

5      36.  On or about November 8, 2006, using coded language,

6  PANTOJA complained to TERCERO that CW-2 was using the term "rent"

7  when "talking over the fucking phone" to PANTOJA.

8      37.  On or about November 8, 2006, using coded language,

9  AREVALO helped arrange a meeting between SALDANA and PANTOJA at

10  the tattoo shop.

11      38.  On or about November 11, 2006, using coded language,

12  PANTOJA and TERCERO discussed the collection of "rent" from

13  CAPETILLO and FONSECA.

14      39.  On or about November 13, 2006, using coded language,

15  RIVERA warned TERCERO about the presence of police in CLCS

16  territory.

17      40.  On or about, November 16, 2006, using coded language,

18  TERCERO and AREVALO discussed the presence of police near the

19  tattoo shop and that AREVALO should not prepare the "shit" (crack

20  cocaine) "light," but instead "loaded" (the proper quantity).

21      41.  On or about November 16, 2006, using coded language,

22  TERCERO asked RIVERA if he had any "food" (crack cocaine) for a

23  customer because MIRANDA was unavailable.

24      42.  On or about November 19, 2006, using coded language,

25  TERCERO and MIRANDA discussed that MIRANDA had collected "four"

26  ($400) from "all the boys" (street dealers), that FONSECA was

27  going to give $740 collected from street dealers to MIRANDA, and

28  that MIRANDA should deliver the money to RODRIGUEZ.

43. On or about November 19, 2006, using coded language, TERCERO and VILLEDA discussed the delivery of crack cocaine by BERTOTTY to MIRANDA.

44. On or about November 19, 2006, using coded language, MIRANDA told TERCERO that he had a firearm when he went to meet BERTOTTY, who was waiting for him with a "load" (crack cocaine).

45. On or about November 19, 2006, using coded language, TERCERO and RODRIGUEZ discussed collecting "rent" from street dealers, including MIRANDA, RIVAS, CAPETILLO, FONSECA, GONZALES, DIAZ and "La Viuda".

46. On or about November 20, 2006, using coded language, TERCERO and SALDANA discussed the presence of police in CLCS territory, that the "guys" (street dealers) had left the area, but that they were now returning.

47. On or about November 21, 2006, using coded language, TERCERO and "La Viuda" discussed his payment of $450 in "rent" to TERCERO via RODRIGUEZ, and that "La Viuda" still owed $50.

48. On or about November 21, 2006, using coded language, TERCERO and MIRANDA arranged to meet so that MIRANDA could deliver "papers" (money) to TERCERO.

49. On or about November 21, 2006, using coded language, MIRANDA told TERCERO that he was stopped by the police and had to discard crack cocaine.

50. On or about November 25, 2006, using coded language, TERCERO and VILLEDA discussed that MIRANDA was falling behind in payments for crack cocaine, that VILLEDA was owed "thirteen" ($1,300), and that he had recently delivered "five and three" (quantity of two styles of crack cocaine) to MIRANDA.

51.  On or about November 26, 2006, using coded language, TERCERO and "La Viuda" discussed the payment of "rent" to TERCERO via RODRIGUEZ, and that "La Viuda" still owed $100.

52.  On or about November 26, 2006, using coded language, VILLEDA and TERCERO discussed that MIRANDA owed VILLEDA $2,700 for crack cocaine.

53.  On or about November 26, 2006, using coded language, PANTOJA scolded MIRANDA for failing to meet BERTOTTY to pick up "food" (crack cocaine).

54.  On or about November 26, 2006, using coded language, TERCERO and VILLEDA discussed money MIRANDA owed VILLEDA, as well VILLEDA's delivery of "skinny stuff" and "fat ones" (two styles of crack cocaine) to MIRANDA.

55.  On or about November 27, 2006, using coded language, TERCERO discussed with BERTOTTY and VILLEDA the possibility that a taxi driver they used was a "rat" (police informant).

56.  On or about November 29, 2006, using coded language, TERCERO and SALDANA discussed that street dealers' "rent" payments should be ready for pick up by 5:00 p.m.

57.  On or about November 29, 2006, using coded language, TERCERO and MIRANDA discussed when DIAZ, a new street dealer, would begin paying "rent."

58.  On or about November 29, 2006, using coded language, TERCERO told SALDANA that DIAZ had to start paying "rent."

59.  On or about November 29, 2006, using coded language, TERCERO told SALDANA to pick up "rent" from street dealers on the "day" (day shift), not the "night" (night shift).

60.  On or about November 29, 2006, using coded language,

TERCERO told "El Buki" he could pay "rent" the next day instead of on the day that he was regularly required to pay "rent."

61.  On or about November 29, 2006, using coded language, TERCERO told SALDANA she was waiting for HERNANDEZ, but that "Crash" (police gang unit) was in the area.

62.  On or about November 30, 2006, using coded language, BERTOTTY told TERCERO that she had delivered "food" (crack cocaine) to MIRANDA and that he owed "six" ($600).

63.  On or about December 1, 2006, using coded language, TERCERO directed MIRANDA to tell FONSECA to deliver money to RODRIGUEZ's apartment.

64.  On or about December 1, 2006, using coded language, PANTOJA identified himself as "La Viuda's" "boss" and discussed with "La Viuda" his purchase of "food" (crack cocaine) from a wholesale supplier on Union Avenue (within CLCS territory) who charged less than a supplier approved by PANTOJA.  PANTOJA told "La Viuda" that he could continue with this practice if he also regularly purchased crack cocaine from PANTOJA's supplier.

65.  On or about December 2, 2006, using coded language, TERCERO directed MIRANDA to deliver "rent" early to PANTOJA, as well as to have FONSECA also deliver "rent" early because when PANTOJA is upset "he strikes to kill."

66.  On or about December 3, 2006, using coded language, PANTOJA told MIRANDA that FONSECA "owed" money for "one day" that MIRANDA should collect.

67.  On or about December 3, 2006, using coded language, SALDANA told TERCERO that RIVAS was in "La Viuda's" area within CLCS territory with "a lot of food in his mouth" (crack cocaine

17

1  for sale) and, after RIVAS falsely claimed that the crack cocaine
2  belonged to "La Viuda," SALDANA "smacked" (assaulted) RIVAS for
3  selling crack cocaine in "La Viuda's" area without
4  "authorization," and also took his crack cocaine and cell phone.

5      68.  On or about December 3, 2006, using coded language,
6  TERCERO and "La Viuda" discussed SALDANA's assault on RIVAS for
7  being "caught working" (selling crack cocaine) in "La Viuda's"
8  "area" (within CLCS territory), that PANTOJA was "making his
9  rounds" in CLCS territory and that "the guys" (street dealers)
10 should realize that PANTOJA watches them.

11     69.· On or about December 3, 2006, using coded language,
12 PANTOJA told RIVERA that PANTOJA had RIVAS assaulted for selling
13 crack cocaine in "La Viuda's" area without "authorization" and
14 that RIVERA should look out for RIVAS.

15     70.  On or about December 3, 2006, using coded language,
16 SALDANA told TERCERO that if he saw RIVAS selling crack cocaine
17 in CLCS territory that he would "get it worse than" the last
18 time, for which TERCERO thanked SALDANA.

19     71.  On or about December 4, 2006, using coded language,
20 SALDANA told TERCERO that there were "undercovers" (police) in
21 CLCS territory.

22     72.  On or about December 5, 2006, using coded language,
23 TERCERO told MIRANDA to only give RIVAS back his cell phone, but
24 not his "food" (crack cocaine).

25     73.  On or about December 5, 2006, using coded language,
26 TERCERO and SALDANA discussed that RIVAS was again allowed to
27 sell crack cocaine in CLCS territory and TERCERO directed SALDANA
28 to give RIVAS back his cell phone.

18

1    74.  On or about December 6, 2006, using coded language,
2    TERCERO told MIRANDA to collect "rent" from "El Buki" and deliver
3    it to RODRIGUEZ and discussed with MIRANDA the collection of
4    "rent" from HERNANDEZ, who owed "one and a half" ($150).

5    75.  On or about December 6, 2006, using coded language,
6    TERCERO directed SALDANA to collect money, including "rent,"
7    from MIRANDA and HERNANDEZ.

8    76.  On or about December 6, 2006, using coded language,
9    TERCERO and "El Buki" discussed how MIRANDA previously delivered
10   "food" (crack cocaine) to "El Buki" and that "El Buki" was going
11   to deliver "rent" to TERCERO via MIRANDA.

12   77.  On or about December 7, 2006, MIRANDA possessed
13   approximately 34.47 grams of crack cocaine, a sawed-off shotgun,
14   and a drug ledger at his home.

15   78.  On or about December 7, 2006, using coded language,
16   PANTOJA told TERCERO that there was a problem, that he would call
17   her on a different phone, and that she should not use the phone.

18   79.  On or about December 7, 2006, using coded language,
19   AREVALO told TERCERO that the police had just released him, and
20   that the police had "hit" (searched) MIRANDA's home and found
21   MIRANDA's "shit" (crack cocaine).

22   80.  On or about December 7, 2006, using coded language,
23   TERCERO and SALDANA discussed MIRANDA's arrest and that TERCERO
24   did not want to talk on the phone.

25   81.  On or about December 7, 2006, using coded language,
26   TERCERO told BERTOTTY about MIRANDA's arrest and BERTOTTY told
27   TERCERO that she would call her back on a different phone.

28   82.  On or about December 8, 2006, using coded language,

19

1  TERCERO and VILLEDA discussed MIRANDA's arrest and arranged to
2  meet.

3      83.  On or about December 9, 2006, using coded language,
4  SALDANA and TERCERO discussed how GAVARETTE would begin providing
5  crack cocaine to street dealers because MIRANDA had been arrested
6  and that he needed "a place to store it" (the crack cocaine).

7      84.  On or about December 9, 2006, using coded language,
8  TERCERO and VILLEDA arranged to have VILLEDA deliver "five and
9  five" (quantity of two styles of crack cocaine).

10      85.  On or about December 9, 2006, using coded language,
11  TERCERO and SALDANA arranged to meet and TERCERO warned SALDANA
12  to be careful because the police had been in CLCS territory.

13      86.  On or about December 9, 2006, using coded language,
14  PANTOJA directed SALDANA to hide money he was carrying while on
15  the street in the bra of a female companion.

16      87.  On or about December 9, 2006, using coded language,
17  PANTOJA directed "El Buki" to pay $200 in rent.

18      88.  On or about December 9, 2006, TERCERO and VILLEDA met.

19      89.  On or about December 9, 2006, using coded language,
20  TERCERO complained to BERTOTTY that the pieces of crack cocaine
21  she had just obtained from VILLEDA were too small and BERTOTTY
22  responded that they had been making the pieces "small and thick"
23  and that it had been "moving" (selling on the street).

24      90.  On or about December 9, 2006, using coded language,
25  VILLEDA told TERCERO not to worry about the crack cocaine he had
26  sold her because they had been selling on the street, although
27  some pieces were "tiny," and that he had been working on making
28  the pieces "long and short."

20

91. On or about December 9, 2006, using coded language, PANTOJA told TERCERO that street dealers had threatened to quit selling due to the quality of crack cocaine provided to them, in response to which PANTOJA stated he was considering assaults on the dealers, among other repercussions.

92. On or about December 10, 2006, using coded language, TERCERO directed RIVERA to pick up "two fives" (quantity of two styles of crack cocaine) from VILLEDA the next day.

93. On or about December 10, 2006, using coded language, TERCERO asked BERTOTTY to have VILLEDA deliver the "fat kind" (style of crack cocaine) and BERTOTTY responded that she would have it ready as soon as possible and "use whatever" she had in her "kitchen" to make the "food" (crack cocaine).

94. On or about December 10, 2006, using coded language, SALDANA told TERCERO that he had collected one-half of the "rent" owed by HERNANDEZ, and would collect the other half that day.

95. On or about December 10, 2006, using coded language, TERCERO told SALDANA that she was with the "lady" (BERTOTTY) with the "food" (crack cocaine) and directed SALDANA to bring the "papers" (money to pay for it).

96. On or about December 11, 2006, using coded language, TERCERO asked VILLEDA to "bring her five and five for tonight" (quantity of two styles of crack cocaine).

97. On or about December 11, 2006, using coded language, BERTOTTY told TERCERO that BERTOTTY and VILLEDA were in the midst of preparing crack cocaine that TERCERO had ordered.

98. On or about December 11, 2006, using coded language, PANTOJA told TERCERO that "they" (street dealers) are "going to

1  need more food" (crack cocaine), to which TERCERO responded that

2  she had ordered more from VILLEDA and needed $1,000 to pay him.

3      99.  On or about December 11, 2006, using coded language,

4  TERCERO asked BERTOTTY if she could bring the "food" (crack

5  cocaine) and BERTOTTY responded that she and VILLEDA were in the

6  midst of "grilling the meat" (preparing the crack cocaine).

7      100. On or about December 11, 2006, TERCERO, VILLEDA and

8  BERTOTTY met.

9      101. On or about December 12, 2006, using coded language,

10 TERCERO and VILLEDA discussed that VILLEDA would deliver "seven

11 and eight" (quantity of two styles of crack cocaine) and when

12 TERCERO would pay for the "food" (crack cocaine).

13     102. On or about December 12, 2006, using coded language,

14 PANTOJA directed SALDANA to collect "rent" from street dealers

15 working at night because they were behind in their payments and

16 because street dealers working in the day had "shorted" him (not

17 fully paid PANTOJA what he was owed).

18     103. On or about December 12, 2006, using coded language,

19 PANTOJA directed GAVARETTE to memorize PANTOJA's cell phone

20 number and to not put it into GAVARETTE's own cell phone.

21     104. On or about December 14, 2006, using coded language,

22 TERCERO told VILLEDA that she would introduce GAVARETTE to him so

23 that he could begin picking up crack cocaine from VILLEDA, that

24 PANTOJA was not "going to be putting himself at risk anymore,"

25 and that, going forward, TERCERO would "only be in charge of . .

26 . the money," which she would collect from GAVARETTE and then

27 deliver to VILLEDA, and that VILLEDA would "only meet with"

28 GAVARETTE "to deliver that" (crack cocaine) "to him."

22

1    105. On or about December 14, 2006, VILLEDA, TERCERO and
2 GAVARETTE met.

3    106. On or about December 14, 2006, using coded language,
4 TERCERO told PANTOJA that VILLEDA and GAVARETTE had met.

5    107. On or about December 14, 2006, using coded language,
6 VILLEDA told TERCERO the quantity and styles of crack cocaine –
7 "six small taquitos and five big hamburgers" – he had delivered
8 to GAVARETTE.

9    108. On or about December 14, 2006, using coded language,
10 TERCERO told GAVARETTE that, from the quantity of crack cocaine
11 provided by VILLEDA, he should be able to make "fifteen or
12 sixteen" (packets of crack cocaine to distribute to street
13 dealers) and that there should be some left over, in response to
14 which GAVARETTE stated that the "night crew usually call" him
15 when they get there and that the quality of the pieces of crack
16 cocaine he had were "good, they almost look like chunkies."

17    109. On or about December 14, 2006, using coded language,
18 GAVARETTE told TERCERO that he was "short" (lacking) enough
19 "flats" (style of crack cocaine) "to make another bag" of them to
20 give to a street dealer, and TERCERO responded that she would
21 give him her "leftovers" to combine with his "leftovers."

22    110. On or about December 15, 2006, using coded language,
23 PANTOJA asked TERCERO for "a number for the food" (quantity of
24 crack cocaine), to which she replied that GAVARETTE should have
25 "sixteen" packets of crack cocaine, but that they were short "ten
26 or twenty" pieces for the sixteenth packet, thus they only had
27 fifteen complete packets, for which GAVARETTE owed them $1,500.

28    111. On or about December 15, 2006, using coded language,

23

1  PANTOJA directed TERCERO to "place the order" and quickly have

2  the "food" (crack cocaine) delivered to GAVARETTE because street

3  dealers were "asking for some right now," in response to which

4  TERCERO stated that she would "call the man" (VILLEDA), that

5  GAVARETTE and VILLEDA had "agreed on a place" to meet, and that

6  the "money is no problem" because TERCERO had told VILLEDA she

7  would "give it to him later."

8      112. On or about December 15, 2006, using coded language,

9  TERCERO asked VILLEDA to "drop off some food with the guy" (crack

10 cocaine) identified as "Chris" (GAVARETTE), to which VILLEDA

11 responded that he needed an hour to prepare the "small tacos"

12 (style of crack cocaine), but that he could quickly deliver as

13 many of the "big kind" (style of crack cocaine) that TERCERO

14 wanted because the street dealers needed it "right now."

15     113. On or about December 15, 2006, using coded language,

16 GAVARETTE told TERCERO that, the prior night, the police had been

17 watching GAVARETTE and some street dealers while they were on the

18 street in CLCS territory selling crack cocaine to customers, in

19 response to which TERCERO warned that they needed to be careful.

20     114. On or about December 15, 2006, using coded language,

21 PANTOJA and SALDANA discussed collecting "rent" from CAPETILLO

22 and that $740 had been collected from daytime street dealers.

23     115. On or about December 16, 2006, using coded language,

24 SALDANA told TERCERO that GAVARETTE needed more of "both" kinds

25 of crack cocaine because he had "five of the chunkies left and he

26 is out of the flats," and then discussed with TERCERO how much

27 more crack cocaine she should order from VILLEDA.

28     116. On or about December 16, 2006, using coded language,

1  BERTOTTY agreed to deliver "eight and five chunkies" (quantity
2  and styles of crack cocaine) to TERCERO.

3      117. On or about December 16, 2006, using coded language,
4  TERCERO told GAVARETTE that BERTOTTY was going to deliver crack
5  cocaine to him.

6      118. On or about December 16, 2006, PANTOJA told a street
7  dealer that GAVARETTE would not sell him any crack cocaine until
8  the street dealer paid what he owed.  PANTOJA then instructed
9  GAVARETTE to follow his directive.

10     119. On or about December 16, 2006, using coded language,
11 VILLEDA and TERCERO discussed payment for crack cocaine and that
12 BERTOTTY was going to deliver crack cocaine to GAVARETTE.

13     120. On or about December 17, 2006, using coded language,
14 TERCERO and SALDANA discussed GAVARETTE's collection of money for
15 crack cocaine from street dealers.

16     121. On or about December 17, 2006, using coded language,
17 TERCERO and RIVERA discussed the collection of "rent" from crack
18 cocaine street dealers.

19     122. On or about December 18, 2006, using coded language,
20 TERCERO told VILLEDA that street dealers were upset with the
21 amount of "rent" they had to pay PANTOJA and had stopped selling
22 crack cocaine in CLCS territory.

23     123. On or about December 18, 2006, using coded language,
24 RIVERA told PANTOJA that he would deliver all of the "rent" he
25 owed, as well as the "rent" owed by another street dealer.

26     124. On or about December 18, 2006, using coded language,
27 PANTOJA and SALDANA discussed that street dealers were not
28 selling crack cocaine because of the amount of "rent" they had to

1  pay and that, in order to address customer demand, SALDANA should

2  have GAVARETTE and HERNANDEZ selling on the street.

3      125. On or about December 19, 2006, using coded language,

4  PANTOJA and HERNANDEZ discussed HERNANDEZ's collection of "rent"

5  from crack cocaine street dealers.

6      126. On or about December 19, 2006, using coded language,

7  RODRIGUEZ told TERCERO that she had collected $400 in "rent" from

8  "La Viuda," but that he still owed more money.

9      127. On or about December 20, 2006, using coded language,

10 SALDANA told PANTOJA that GONZALES and another street dealer had

11 purchased crack cocaine from GAVARETTE that day.

12     128. On or about December 20, 2006, using coded language,

13 TERCERO and VILLEDA arranged to meet twice a week so that TERCERO

14 could purchase crack cocaine from VILLEDA on a regular basis.

15     129. On or about December 21, 2006, using coded language,

16 AREVALO helped arrange a meeting between TERCERO and VILLEDA so

17 that VILLEDA could deliver crack cocaine to TERCERO.

18     130. On or about December 23, 2006, using coded language,

19 VILLEDA asked TERCERO if, later that day, he should deliver to

20 her "the same as always," to which TERCERO replied "yes, seven"

21 (quantity of crack cocaine).

22     131. On or about December 23, 2006, using coded language,

23 TERCERO asked GAVARETTE if he still had "food" (crack cocaine),

24 to which he replied that he only had "two of the chunky kind and

25 flat too" (styles of crack cocaine), and that he had given

26 SALDANA "three for rent and three for chunky" ($300 in "rent" and

27 $300 for crack cocaine).  GAVARETTE told TERCERO that he was owed

28 $600 from street dealers, that none of them had paid that day,

26

and that SALDANA told him what to do if they failed to pay. TERCERO then told GAVARETTE that she was going to order the "chunky kind" from VILLEDA for delivery to GAVARETTE.

132. On or about December 25, 2006, using coded language, TERCERO told SALDANA to collect money from GAVARETTE because she did not want GAVARETTE "to have all that money on him," and that GAVARETTE had told her he had the "ten" ($1,000) that he owed, to which SALDANA replied that he would pick up the money from him.

133. On or about December 25, 2006, using coded language, PANTOJA told SALDANA to tell HERNANDEZ to deliver "rent" to PANTOJA.

134. On or about December 27, 2006, using coded language, SALDANA told TERCERO that RIVAS had paid two days worth of "rent," that SALDANA was owed $800 from GAVARETTE, and that SALDANA would try to collect "rent" from HERNANDEZ.

135. On or about December 27, 2006, using coded language, TERCERO and GAVARETTE discussed money for crack cocaine he had collected from street dealers, including DIAZ and RIVAS.

136. On or about December 28, 2006, using coded language, TERCERO complained to VILLEDA that the "food" (crack cocaine) he was "sending is no good" because it was "too thin" and "falls apart," to which VILLEDA responded that no street dealers had previously complained to him. VILLEDA stated that, at times, he had provided crack cocaine directly to street dealers, including RIVAS, but that he knew "what the rules are" and did not want to "go over anyone" (violate CLCS rules).

137. On or about December 28, 2006, using coded language, PANTOJA instructed GAVARETTE that he needed to be readily

27

1  available to provide crack cocaine to street dealers.

2      138. On or about December 29, 2006, using coded language,
3  SALDANA, TERCERO and GAVARETTE discussed quantities and styles –
4  including "chunky," "skinny," and "flat" – of "food" (crack
5  cocaine) provided to, and money owed by, street dealers,
6  including RIVAS.

7      139. On or about December 29, 2006, using coded language,
8  TERCERO told GAVARETTE that VILLEDA would deliver crack cocaine
9  to him, as well as that, when "the guys" (street dealers) ask for
10  "some" (crack cocaine), they must pay for it then and not be
11  given "credit" if they do not have the money available.

12      140. On or about December 29, 2006, using coded language,
13  VILLEDA told TERCERO that he had delivered "seven fat ones and
14  five skinny ones" (quantity and styles of crack cocaine) to
15  GAVARETTE and asked TERCERO to bring him "papers" (money) so that
16  he could pay his own narcotics supplier, to which TERCERO replied
17  that she was waiting for SALDANA to deliver money to her.

18      141. On or about December 29, 2006, using coded language,
19  SALDANA and TERCERO arranged to meet so that SALDANA could
20  deliver money to be used to pay for crack cocaine from VILLEDA.

21      142. On or about December 29, 2006, using coded language,
22  TERCERO told VILLEDA that PANTOJA would meet him with money.

23      143. On or about December 30, 2006, using coded language,
24  PANTOJA directed SALDANA to talk to GAVARETTE about problems with
25  how GAVARETTE had been handling money and crack cocaine.

26      144. On or about December 31, 2006, using coded language,
27  SALDANA told PANTOJA that he had "5 right now" ($500) to give to
28  PANTOJA, to which PANTOJA chastised SALDANA for "calling me on

the wrong phone," and that SALDANA "just might as well go turn me in" (to the police).

145. On or about January 2, 2007, using coded language, SALDANA told TERCERO that VILLEDA had delivered "seven and a half of the fatty ones" (quantity and style of crack cocaine) to GAVARETTE and discussed with TERCERO "rent" collected from street dealers and money collected by GAVARETTE to pay for crack cocaine.

146. On or about January 2, 2007, using coded language, TERCERO directed RIVERA to deliver "rent" collections.

147. On or about January 2, 2007, using coded language, TERCERO asked VILLEDA to deliver "8 of the chunky kind" (quantity and style of crack cocaine) to GAVARETTE, to which VILLEDA responded that he would call GAVARETTE "when it's ready."

148. On or about January 2, 2007, using coded language, PANTOJA, TERCERO and SALDANA discussed the amount of money that SALDANA gave to GAVARETTE to pay VILLEDA for crack cocaine.

149. On or about January 4, 2007, using coded language, TERCERO and GAVARETTE discussed how the police had stopped and searched him, but that they did not find anything on him.

150. On or about January 4, 2007, using coded language, TERCERO asked GAVARETTE about how many "chunkies" (crack cocaine) he had left and then told him to take his share of $250 out of the "ten" ($1,000) in his possession and give the remaining $750 to SALDANA to deliver to TERCERO.

151. On or about January 5, 2007, using coded language, SALDANA, TERCERO and PANTOJA discussed that GAVARETTE needed more of the "thin kind" of "food" (crack cocaine) and that SALDANA had

29

1 | picked up $750 from GAVARETTE that was owed to TERCERO.

2 | 152. On or about January 5, 2007, using coded language,
3 | TERCERO asked VILLEDA to deliver the "thin kind" of "food" (crack
4 | cocaine) to GAVARETTE, which VILLEDA agreed to do later.

5 | 153. On or about January 5, 2007, using coded language,
6 | PANTOJA and SALDANA discussed putting a new street dealer in CLCS
7 | territory, the style of crack cocaine the new dealer would sell,
8 | and that the new dealer would start by paying $100 in "rent."

9 | 154. On or about January 11, 2007, using coded language,
10 | PANTOJA and SALDANA discussed the collection of "rent" from
11 | FONSECA.

12 | 155. On or about February 6, 2007, PANTOJA possessed
13 | approximately 5.76 grams of crack cocaine and approximately
14 | $10,000 in U.S. currency.

15 | 156. On or about February 27, 2007, DIAZ, GONZALES and
16 | CAPETILLO possessed and distributed crack cocaine in CLCS
17 | territory.

18 | 157. On or about June 6, 2007, DIAZ, GONZALES and RIVAS
19 | possessed and distributed crack cocaine in CLCS territory.

20 | 158. On or about June 8, 2007, DIAZ and RIVAS possessed and
21 | distributed crack cocaine in CLCS territory.

30

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii); 18 U.S.C. § 2]

On or about May 2, 2006, in Los Angeles County, within the Central District of California, defendant INGRID VERONICA FLORES TERCERO, aka "Morena," aka "More," knowingly and intentionally distributed 50 grams or more, that is, approximately 68.7 grams, of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a schedule II narcotic drug controlled substance.

At the above time and place, defendant SERGIO PANTOJA, aka "Tricky," aided, abetted, counseled, commanded, induced and procured the commission of the offense alleged above.

31

COUNTS THREE THROUGH FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii); 18 U.S.C. § 2]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant INGRID VERONICA FLORES TERCERO, aka "Morena," aka "More," knowingly and intentionally distributed 5 grams or more, that is, the following approximate quantities, of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a schedule II narcotic drug controlled substance:

| COUNT | DATE | APPROXIMATE QUANTITY |
| --- | --- | --- |
| THREE | April 13, 2006 | 38.4 grams |
| FOUR | April 18, 2006 | 24.5 grams |
| FIVE | April 19, 2006 | 47.9 grams |

At the above times and places, defendant SERGIO PANTOJA, aka "Tricky," aided, abetted, counseled, commanded, induced and procured the commission of the offenses alleged above.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii); 18 U.S.C. § 2]

On or about July 26, 2006, in Los Angeles County, within the Central District of California, defendant MARCO ANTHONY FONSECA, aka "Junior," aka "Primo," aka "Catracho," knowingly and intentionally distributed 5 grams or more, that is, approximately 31.7 grams, of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a schedule II narcotic drug controlled substance.

At the above time and place, defendants SERGIO PANTOJA, aka "Tricky," and INGRID VERONICA FLORES TERCERO, aka "Morena," aka "More," aided, abetted, counseled, commanded, induced and procured the commission of the offense alleged above.

33

COUNTS SEVEN AND EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant JOSE ALBERTO ALVARENGA VILLEDA, aka "Chepe," aka "El Gordo," aka "El Señor," knowingly and intentionally distributed 50 grams or more, that is, the following approximate quantities, of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a schedule II narcotic drug controlled substance:

| COUNT | DATE | APPROXIMATE QUANTITY |
| --- | --- | --- |
| SEVEN | March 15, 2006 | 110.8 grams |
| EIGHT | May 22, 2006 | 58.7 grams |

A TRUE BILL

/s/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
BRIAN R. MICHAEL
Assistant United States Attorneys
Violent & Organized Crime Section

34