UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                                    Dated: February 17, 2010

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Kevin Lally |
| Courtroom Deputy | Court Reporter | Brian R. Michael |
| | | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

26)   LEONIDAS IRAHETA                       26)   Anthony M. Solis
      Not Present                                  Judy Clarke
                                                   Not Present

_____

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**RE:** MOTION FOR DISCLOSURE PROFFER INFORMATION FILED BY DEFENDANT LEONIDAS IRAHETA (FILED ON 11-22-09 / DOCKET NUMBER 608) <u>AND ALL JOINDERS THEREOF</u>:

Neither the government nor defendant cited United States v. Sudikoff, 36 F. Supp. 2d 1196 (C.D. Cal. 1999), approved of in United States v. Price, 566 F.3d 900, 913 n.14 (9th Cir. 2009), in their respective moving papers.  The parties are ordered to review Sudikoff and Price, and subsequently, to meet and confer and resolve their disclosure dispute in advance of the upcoming hearing on Defendant's Motion for Disclosure of Proffer Information.

                                                                          :   N/A
                                          Initials of Deputy Clerk   JAC