O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. CR 07-01172 (D) DDP |
| Plaintiff,            ) | ORDER SETTING STATUS CONFERENCE |
| v.            ) | |
| SERGIO PANTOJA, (1)            ) | |
| Defendant.            ) | |

The Court hereby orders the parties and defendant to return to Court on April 25, 2016 at 3:00 p.m., for a Status Conference to address the Bureau of Prison's designation status of defendant. **Until such time, defendant Sergio Pantoja is ordered to remain housed in his current location.**

IT IS SO ORDERED.

Dated: December 14, 2015

DEAN D. PREGERSON
United States District Judge

cc: BOP & USM